# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0681. GEGE ODION v. DEPARTMENT OF HUMAN SERVICES.**

Gege Odion filed this direct appeal from the superior court's order clarifying the duration and terms of his child support obligation. The Department of Human Services has filed a motion to dismiss the appeal, arguing that Odion was required to comply with the discretionary appeals procedure. We agree.

OCGA § 5-6-35 (a) (2) provides that appeals in "domestic relations cases" must be brought by application for discretionary appeal. Because this case involves the collection of child support, it is a domestic relations case within the meaning of the statute. See *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426, 426-427 (731 SE2d 110) (2012); *Fitzgerald v. Dept. of Human Resources*, 231 Ga. App. 129, 129 (497 SE2d 659) (1998). Accordingly, Odion was required to comply with the discretionary appeal procedure to obtain review of the superior court's order. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Odion's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal. See *Booker*, 317 Ga. App. at 427; *Fitzgerald*, 231 Ga. App. at 129-130. Accordingly, the motion to dismiss is hereby GRANTED, and the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/05/2019
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.



_____ , *Clerk.*